UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ZARYUB MUSA TARIFF BEY and DIANE
BURCHETTE BEY,

                       Plaintiffs,

    - against -

WESTCHESTER COUNTY, ROBERT L.
CAMAJ, NIALL J. NERNEY, BRANDON A.
DAY, TREVOR J. GONZALEZ and RICHARD L.
PELUSO,

                       Defendants.
----------------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 24-CV-9098 (CS)

Seibel, J.

      For the reasons set forth on the record at the May 28, 2026 conference, the Defendants' motion to dismiss, (ECF No. 35), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated:  May 29, 2026
       White Plains, New York

_____
     CATHY SEIBEL, U.S.D.J.